UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 12-3107 DSF (FMOx) | Date | 4/12/12 |
|---|---|---|---|
| Title | HSBC Bank USA et al. v. Altonia Lee, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

    This matter was removed from state court on April 10, 2012 based on federal question jurisdiction. The complaint was filed November 21, 2011, and is a state law unlawful detainer complaint that does not state a federal cause of action.

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.